DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899

WILLIAM F. BLY (State Bar No. 181571)
  billbly@dwt.com

DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone (202) 973-4200
Fax (202) 973-4499

T. SCOTT THOMPSON (Admitted *Pro Hac Vice*)
  scottthompson@dwt.com

NEXTG NETWORKS, INC.
2216 O'Toole Avenue
San José, California 95131

ROBERT L. DELSMAN (State Bar No. 142376)

Attorneys for Plaintiff
NEXTG NETWORKS OF CALIFORNIA, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE COUNTY OF LOS ANGELES,<br><br>            Defendant. | Case No. CV 07-02425 ABC (CTx)<br><br>**ORDER REGARDING DISMISSAL**<br><br>Courtroom: 680<br>Judge:    Hon. Audrey B. Collins |

[PROPOSED] ORDER RE: DISMISSAL
LAX 666023v1 0103871-000032

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

In consideration of the Stipulation Regarding Dismissal agreed to by the parties, and for good cause shown, IT IS HEREBY ORDERED that: (1) Plaintiff's Motion to Dismiss Without Prejudice shall be taken off calendar; (2) Plaintiff's Complaint shall be dismissed with prejudice; (3) each party shall bear its own costs and attorneys' fees; and (4) the Court shall retain continuing jurisdiction under the doctrine of ancillary jurisdiction to enforce the terms of the Settlement Agreement and Mutual Release entered into between Plaintiff and Defendant on December 19, 2007, until such time that the County adopts and enacts new ordinances that amend Title 16 and Title 22 to amend and replace 1) application of Chapter 22.56's requirements as to the siting and approval of wireless telecommunications equipment and 2) the provisions that govern or regulate the deployment of wireless telecommunications equipment.

IT IS SO ORDERED,

DATED: May 06, 2008

*Audrey B. Collins*

Hon. Audrey B. Collins
United States District Judge

2

[PROPOSED] ORDER RE: DISMISSAL
LAX 666023v1 0103871-000032

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899